IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| JEFFREY M. BROWN, | : | CASE NO. 4:15-cv-00992-MWB-GBC |
| Plaintiff, | : | |
| | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | (Magistrate Judge Cohn) |
| COMMISSIONER OF | | |
| SOCIAL SECURITY | : | |
| Defendant. | : | |

## ORDER

November 10, 2016

In accordance with the memorandum opinion issued this date,

It is HEREBY ORDERED THAT:

1. The Report and Recommendation of the magistrate judge is ADOPTED IN FULL. ECF No. 21.

2. The decision of the Commissioner is AFFIRMED.

3. The Clerk is directed to enter final judgment in favor of the Commissioner and against the Plaintiff.

4. The Clerk is further directed to close the case file.

BY THE COURT:

<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge